UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SELVIN SAIAS SITUJ GARCIA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:26-cv-00025-JAW |
| | ) | |
| DERRICK STAMPER, et al., | ) | |
| | ) | |
| Respondents | ) | |

JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge John A. Woodcock, Jr. on January 28, 2026;

The Petition for Writ of Habeas Corpus is Granted.

Dated this 29th day of January 2026.

ERIC M. STORMS
ACTING CLERK

By: /s/ Joanne McCue
Deputy Clerk